**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WILEY Y. DANIEL**

_____

Date:                     February 2, 2006
Courtroom Deputy:    Robert R. Keech          Prob/Pret:    N/A
Court Reporter/ECR: Kara Spitler              Interpreter:  N/A


_____

Criminal Case No.  **05-cr-00144-WYD**          <u>Counsel:</u>

UNITED STATES OF AMERICA,                    Philip A. Brimmer

              Plaintiff,

v.

**1. GEORGE JASON GONZALES**,                    Robert W. Pepin

              Defendant.


_____

**COURTROOM MINUTES**
_____


**CONTINUATION OF HEARING ON PENDING MOTIONS (continued from January 19, 2006)**

**1:38 p.m.**     Court in Session - Defendant present (in-custody)

              Court's opening remarks.

1:40 p.m.      Argument by Defendant (Mr. Pepin).

2:02 p.m.      Argument by Government (Mr. Brimmer).

2:11 p.m.      Argument by Defendant (Mr. Pepin).

2:29 p.m.      Argument by Government (Mr. Brimmer).

**ORDERED:**     Defendant's Motion to Suppress Statements (#34 - 12/1/05) is **TAKEN UNDER
              ADVISEMENT.**

Judge Wiley Y. Daniel
05-cr-00144-WYD - Courtroom Minutes
Page 2

**ORDERED:**     Defendant's Motion to Suppress Identification (#35 - 12/1/05) is **TAKEN UNDER ADVISEMENT.**

**ORDERED:**     Defendant's Motion to Suppress Evidence Seized During Illegal Detention on March 12, 2005 (#37 - 12/1/05) is **TAKEN UNDER ADVISEMENT.**

**ORDERED:**     Defendant's Supplemental Motion to Suppress Evidence Seized During Illegal Detention (#39 - 12/14/05) is **TAKEN UNDER ADVISEMENT.**

**ORDERED:**     Defendant's Motion for Discovery (#36 - 12/1/05) is **DENIED AS MOOT.**

**ORDERED:**     Defendant's Motion for Disclosure of Rule 404(b) Evidence (#33 - 12/1/05) is **GRANTED.**

Defendant's Motion for Separate Trial on Counts (#38 - 12/1/05) is raised for argument.

2:43 p.m.     Argument by Defendant (Mr. Pepin).

2:46 p.m.     Argument by Government (Mr. Brimmer).

**ORDERED:**     Defendant's Motion for Separate Trial on Counts (#38 - 12/1/05) is **TAKEN UNDER ADVISEMENT.**

Court indicates that a written order shall follow.

2:48 p.m.     Discussion regarding whether this case is likely to go to trial, setting a trial date, and speedy trial calculations.

**ORDERED:**     Status report, that outlines the position of the parties regarding speedy trial calculations, **within seven (7) days.**

**ORDERED:**     Defendant is **REMANDED** to custody of U.S. Marshal.

**CLERK'S NOTE:**     **EXHIBITS WERE RETURNED TO COUNSEL AT THE CONCLUSION OF THE HEARING.**

**2:52 p.m.**     Court in Recess - HEARING CONCLUDED

**TOTAL TIME:  1:14**