UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 05-CR-144-D

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. GEORGE JASON GONZALES,

    Defendant.
_____

**ORDER**
_____

THIS MATTER is before the Court in connection with Defendant's Motion to Continue Trial Due to Ends of Justice, filed March 3, 2006.  The Motion asserts that the ends of justice require a continuance pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (h)(8)(B)(i), to give Defense counsel additional time to locate and subpoena witnesses, and prepare for trial.  In addition, Defendant asserts that the defense investigator who will be a primary impeachment witness at trial, is not available the week of March 13, 2006, which is the week this matter is currently scheduled for trial.

I find that Defendant's request for a continuance of the Speedy Trial Act deadlines pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B)(i) should be granted for a period of ninety (90) days.  Specifically, I find that the failure to grant such a continuance in this case which I do not find to be complex at this time would deny the Defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  I find that the ends of justice served by a (90) ninety-day

continuance outweigh the best interest of the public and the Defendant in a speedy trial.   In conclusion, it is

ORDERED that Defendant's Motion to Continue Trial Due to Ends of Justice, filed March 3, 2006, is **GRANTED**.  It is

FURTHER ORDERED that the speedy trial deadlines for the trial are continued for a period of ninety (90) days.  It is

FURTHER ORDERED that the trial set to commence **Monday, March 13, 2006**, and the trial preparation conference set for **Monday, March 13, 2006,** are **VACATED**.  It is

FURTHER ORDERED that counsel shall contact Chambers on or before **Friday, March 31, 2006,** to reset this matter for trial.

Dated:  March 6, 2006

BY THE COURT:

s/ Wiley Y. Daniel  
Wiley Y. Daniel  
U. S. District Judge