UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 05-CR-144-D

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. GEORGE JASON GONZALES,

    Defendant.

_____

**ORDER**
_____

    This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **Friday, May 12, 2006,** and responses to these motions shall be filed by **Friday, May 19, 2006**.  It is

    FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference is set for **Wednesday, May 24, 2006, at 4:00 p.m.**  It is

    FURTHER ORDERED that a 3-day jury trial is set to commence **Tuesday, May 30, 2006, at 9:00 a.m.**

    Dated:  April 5, 2006

                            BY THE COURT:

                            s/ Wiley Y. Daniel
                            Wiley Y. Daniel
                            U. S. District Judge